```
                                         FILED
                                         JUN 2 4 2008
                                         CLERK, U.S. DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA
                                         BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr2092-WQt |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., Sec. 1326(a) - |
| GILDARDO DIAZ-CRUZ, ) | Deported Alien Found in the |
| t/n: Jose Alfredo Gonzalez-Cruz ) | United States (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about May 26, 2008, within the Southern District of California, defendant GILDARDO DIAZ-CRUZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: 6/24/08.

KAREN P. HEWITT
United States Attorney

*[signature]*
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
6/3/08