AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| *Jose Alfredo Gonzalez-Cruz TN* | |
| GILDARDO DIAZ-CRUZ | CASE NUMBER: 08CR2092-WQH |

I, __GILDARDO DIAZ-CRUZ__, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____6/24/08____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Gildardo Diaz Cruz*
Defendant   *Jose Alfredo Gonzales Cruz*

*Jack J Bolton*
Counsel for Defendant

Before _____
    JUDICIAL OFFICER

**FILED**

JUN 24 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY